■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD BOLDEN, Appellant. [772 NYS2d 546]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered March 30, 2001, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments regarding prosecutorial misconduct are unpreserved for appellate review (*see* CPL 470.05 [2]), and, in any event, under the circumstances of this case, do not warrant reversal (*see People v Galloway,* 54 NY2d 396, 401 [1981]; *People v Crimmins,* 36 NY2d 230 [1975]). We note, however, that we do not condone such conduct and it should not be repeated. S. Miller, J.P., H. Miller, Crane and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT BONILLA, Appellant. [772 NYS2d 547]—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered July 31, 2002, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Prudenti, P.J., Florio, H. Miller, Schmidt and Cozier, JJ., concur.